# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0010.  HINES et al v. SUSAN PROPERTY MANAGEMENT**

Jason Hines and Tiffany Hines have filed this pro se emergency motion for leave to file out of time an application for discretionary review. Upon consideration of this motion, which is untimely, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/23/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*